**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| ARAB AMERICA FOUNDATION ("AAF"), *on behalf of itself and its members*, and ADEL HENAWI, KARIM KARAM, LILY KARAM, LINA SHATARA, OMAR KURDI, STEFAN ATEEK, and WALLY YAZBAK, *on behalf of themselves and all others similarly situated*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br><br>AWH ORLANDO PROPERTY, LLC d/b/a DOUBLETREE BY HILTON ORLANDO AT SEAWORLD, CRESCENT HOTELS & RESORTS, LLC, and HILTON WORLDWIDE HOLDINGS INC.,<br><br>　　　　　　　　Defendants. | No. 6:25-cv-00882<br><br>Honorable Gregory A. Presnell<br><br>Honorable Robert M. Norway |

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03[1]**

1. Is the filer a non-governmental corporate party or nongovernmental corporation moving to intervene?

　☐ No.

　☒ Yes, and

---

[1] By filing this Disclosure Statement, Hilton Worldwide Holdings Inc. does not waive any defenses, including its right to challenge personal jurisdiction.

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

☒ The filer has no parent corporation.

☒ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?[2]

☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

   a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

   ☒ No.

   ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

   b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

   ☒ No.

   ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

   c. Is the filer an insurer?

   ☒ No.

---

[2] Plaintiffs' Complaint does not assert subject matter jurisdiction under 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d). Instead, it asserts federal question jurisdiction based on 28 U.S.C. § 1331. By responding to questions related to Plaintiffs' asserted bases for subject matter jurisdiction, Hilton Worldwide Holdings Inc. does not consent to the exercise of personal jurisdiction over it.

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

   d.  Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

   e.  Has the filer identified any corporation?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

   f.  Has the filer identified any natural person?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.  Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

A. Arab America Foundation ("AAF"), Plaintiff

B. Adel Henawi, Plaintiff

C. Karim Karam, Plaintiff

D. Lily Karam, Plaintiff

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

E. Lina Shatara, Plaintiff

F. Omar Kurdi, Plaintiff

G. Stefan Ateek, Plaintiff

H. Wally Yazbak, Plaintiff

I. Dempsey Law, PLLC, Law Firm for Plaintiffs

J. AWH Orlando Property, LLC d/b/a Doubletree by Hilton Orlando at Seaworld, Defendant

K. Crescent Hotels and Resorts, LLC, Defendant

L. Kaufman Dolowich, LLP, Law Firm for Defendants AWH Orlando Property, LLC d/b/a Doubletree by Hilton Orlando at Seaworld and Crescent Hotels and Resorts, LLC

M. Hilton Worldwide Holdings Inc., Defendant

N. Sidley Austin LLP, Law Firm for Defendant Hilton Worldwide Holdings Inc.

4.  Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒ No.

☐ Yes, and these persons are arguably eligible for restitution: [].

4

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

7. Is there an additional entity likely to actively participate in this action?

☒ No.

☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.


Dated: July 1, 2025

*/s/ Bruce R. Braun*
Bruce R. Braun*
Kendra L. Stead*
Claire G. Lee*
*Admitted under Local Rule 2.01*
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
T: (312) 853-7000
F: (312) 853-7036
bbraun@sidley.com
kstead@sidley.com
claire.lee@sidley.com

*Counsel for Defendant Hilton Worldwide Holdings Inc.*

5

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

## **Certificate of Service**

I HEREBY CERTIFY that on July 1, 2025, I electronically filed the

foregoing document by using the Court's CM/ECF system, which will send a

notice of electronic filing to the counsel of record.

*/s/ Bruce R. Braun*