# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ARAB AMERICA FOUNDATION ("AAF")**, *on behalf of itself and its members*, and **ADEL HENAWI, KARIM KARAM**, **LILY KARAM**, **LINA SHATARA**, **OMAR KURDI**, **STEFAN ATEEK**, and **WALLY YAZBAK**, *on behalf of themselves and others similarly situated*,

    Plaintiffs,

v.                                                Civil Action No. 6:25-cv-00882

**AWH ORLANDO PROPERTY, LLC d/b/a DOUBLETREE BY HILTON ORLANDO AT SEAWORLD**; **CRESCENT HOTELS & RESORTS, LLC**; and **HILTON WORLDWIDE HOLDINGS, INC.**,

    Defendants.

_____/

## DEFENDANT, AWH ORLANDO PROPERTY, LLC'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐    No.

    ☒    Yes, and

☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

☐ The filer has no parent corporation.

☒ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

2

c.    Is the filer an insurer?

    ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d.    Is the filer a legal representative?

    ☒    No.

    ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.    Has the filer identified any corporation?

    ☒    No.

    ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.    Has the filer identified any natural person?

    ☒    No.

    ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited

3

liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐    No.

☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

**A.** Arab America Foundation ("AAF"), Plaintiff

**B.** Adel Henawi, Plaintiff

**C.** Karim Karam, Plaintiff

**D.** Lily Karam, Plaintiff

**E.** Lina Shatara, Plaintiff

**F.** Omar Kurdi, Plaintiff

**G.** Stefan Ateek, Plaintiff

**H.** Wally Yazbak, Plaintiff

**I.**  Dempsey Law, PLLC, Law Firm For Plaintiffs

**J.** AWH Orlando Property, LLC d/b/a Doubletree by Hilton Orlando at Seaworld ("AWH"), Defendant

**K.** AWH Orlando Holding, LLC

**L.** Crescent Hotels and Resorts, LLC ("Crescent"), Defendant

**M.** Kaufman Dolowich, LLP, Law Firm for Defendants AWH and Crescent Hotels

**N.** Hilton Worldwide Holdings, Inc. ("Hilton"), Defendant

**O.** Sidley Austin LLP, Law Firm for Defendant Hilton

4.    Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒    No.

☐    Yes, and this is the entity: [].

5.    Is this a bankruptcy action?

☒    No.

☐    Yes, and the debtor is [].

☐    Yes, and the members of the creditors' committee are [].

6.    Is this a criminal case?

☒    No.

☐    Yes, and these persons are arguably eligible for restitution: [].

7.    Is there an additional entity likely to actively participate in this action?

☒    No.

☐    Yes, and this is the entity: [].

8.    Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒    Yes.

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th  day of July, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve on all counsel of record via transmission of Notices of Electronic Filing Generated by the CM/ECF system.

Respectfully submitted:

**KAUFMAN DOLOWICH, LLP**

By:   /s/ *Abbye E. Alexander*
Abbye E. Alexander, Esq.
Florida Bar No. 662348
aalexander@kaufmandolowich.com
301 E. Pine Street, Suite 1150
Orlando, FL 32801
Tel. (407) 789-0244
Fax: (888)502-6353
*Attorney   for   Defendants   AWH   Orlando Properties and Crescent Hotels & Resorts, LLC*

4921-6636-3475, v. 1

6